**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Nicholas Barthel, Esq. (SBN: 319105)
nicholas@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EVE THOMAS, EVETTE FRANKLIN, and TY STRICKER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A.,<br><br>Defendant. | Case No.: 5:20-cv-00038-JGB-SHK<br><br>**PLAINTIFF EVE THOMAS' NOTICE OF VOLUNTARY DISMISSAL OF INDIVIDUAL CLAIMS AGAINST DEFENDANT PNC BANK, N.A. WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLAINTIFF EVE THOMAS' NOTICE OF VOLUNTARY DISMISSAL OF INDIVIDUAL CLAIMS**

Plaintiff EVE THOMAS hereby voluntarily dismisses her individual claims in the above-captioned action against Defendant PNC Bank, N.A., *without* prejudice, pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i). Therefore, the Court may proceed to dismiss without prejudice the individual claims of Plaintiff Eve Thomas.

This notice of dismissal does not impact the claims of the two remaining named Plaintiffs, Evette Franklin and Ty Stricker.

Date: March 5, 2020               Kazerouni Law Group, APC

                                  By:  /s/ Jason A. Ibey
                                       jason@kazlg.com
                                       *Attorneys for Plaintiffs*